THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MARYANN KLOSKY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HAL NEDERLAND N.V., a Curacao corporation; HOLLAND AMERICA LINE N.V., a Curacao corporation; HOLLAND AMERICA LINE – USA INC., a Washington corporation; HOLLAND AMERICA LINE INC., a Washington corporation; HAL ANTILLEN N.V. a Curacao corporation; HOLLAND AMERICA LINE USA, INC., a Delaware for profit corporation; XYZ CORPORATION,<br><br>　　　　　　　　Defendants. | No. 2:19-cv-01845-MJP<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**<u>STIPULATION</u>**

**COME NOW** Plaintiff MARYANN KLOSKY and HAL Nederland N.V., Holland America Line N.V., Holland America Line – USA Inc., Holland America Line Inc., HAL Antillen N.V. and Holland America Line USA, Inc., through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against Defendants, in

{29330-00663181;1}
STIPULATION AND ORDER OF DISMISSAL
Case No. 2:19-cv-01845-MJP - Page 1

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

DATED this 22nd day of February, 2021.

/s/Louis Shields
LOUIS A. SHIELDS, WSBA # 25740
LEGROS BUCHANAN & PAUL
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:   206-623-4990
Facsimile:   206-467-4828
Email:   lshields@legros.com
Attorney for Defendants

s/Andrew S. Freedman (via email authorization)
ANDREW S FREEDMAN, Pro Hac Vice
LIPCON MARGULIES, ALSINA & WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, FL 33131
Telephone:   305-373-3016
Facsimile:   305-373-6204
Email:   afreedman@lipcon.com
Attorneys for Plaintiff

{29330-00663181;1}
STIPULATION AND ORDER OF DISMISSAL
Case No. 2:19-cv-01845-MJP - Page 2

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

## ORDER

Based upon the foregoing Stipulation, the referenced claims of Plaintiff are hereby dismissed with prejudice, and without costs.

Dated this 23rd day of February, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented By:

LEGROS BUCHANAN & PAUL

By *Louis A. Shields*
LOUIS A. SHIELDS, WSBA #25740
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone: 206.623.4990
Fax:    206.467.4828
Email: lshields@legros.com
Attorneys for Defendants

{29330-00663181;1}
STIPULATION AND ORDER OF DISMISSAL
Case No. 2:19-cv-01845-MJP - Page 3

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jason R. Margulies, Esq.
Andrew S. Freedman, Esq.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, FL 33131

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*s/Sheila Baskins*
Sheila Baskins, Legal Assistant
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone: 206-623-4990
Facsimile: 206-467-4828
sbaskins@legros.com

{29330-00663181;1}
STIPULATION AND ORDER OF DISMISSAL
Case No. 2:19-cv-01845-MJP - Page 4

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990